# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KATHY ELLZEY, ) | |
| ) | |
| v. ) | 3:15-cv-0832 |
| ) | Chief Judge Kevin H. Sharp |
| COMMUNITY HEALTH SYSTEMS, INC., ) | |
| et al. ) | |

## O R D E R

Pursuant to the Conditional Transfer Order (CTO-4) of the Judicial Panel on Multidistrict Litigation, MDL No. 2595, this case is hereby transferred to the United States District Court for the Northern District of Alabama for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and electronically transmit the record to the United States District Court for the Northern District of Alabama.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
CHIEF UNITED STATES DISTRICT JUDGE